IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **DEBBIE R. TIPLER** ) | |
| ) | |
|     **Plaintiff** ) | |
| vs. ) | Civil Case No. 04-0696-CV-W-DW |
| ) | |
| **JOHN E. POTTER,** ) | |
| **POSTMASTER GENERAL** ) | |
| ) | |
|     **Defendant** ) | |

__X__  **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

ORDERED: the Court hereby **GRANTS** the motion for summary judgment (Doc. 17)**.**

May 1, 2006                                                                      Patricia Brune
Date                                                                                     Clerk

                                                                                      By: __/s/ Y. Johnson__
                                                                                          Deputy Clerk